UNITED STATES BANKRUPTCY COURT
EASTERN & WESTERN DISTRICTS OF ARKANSAS

In Re: McKinley James Sr.        Case No. 5:12-bk-13678
        Debtor                    Chapter 13

OMNIBUS OBJECTION TO RMC OF AMERICA'S CLAIMS NO. 10, 11, 12, 13, 14 AND 15

Comes now the debtor, McKinley James Sr., by and through his attorneys, Dickerson Law Firm, and for his Omnibus Objection to RMC of America's Claims No. 10, 11, 12, 13, 14, and 15, states as follows:

1. The debtor filed for relief under Chapter 13 of Title 11 of the United States Code on June 22, 2012.

2. RMC of America, on behalf of Pine Bluff Pathologists, filed Claim No. 10, Trustee's Claim No. 33, on April 14, 2016.

3. RMC of America, on behalf of Cardiology Associates, filed Claim No. 11, Trustee's Claim No. 34, on January 4, 2018.

4. RMC of America, on behalf of Cardiology Associates, filed Claim No. 12, Trustee's Claim No. 35, on January 4, 2018.

5. RMC of America, on behalf of Cardiology Associates, filed Claim No. 13, Trustee's Claim No. 36, on January 4, 2018.

6. RMC of America, on behalf of Cardiology Associates, filed Claim No. 14, Trustee's Claim No. 37, on January 4, 2018.

7. RMC of America, on behalf of Cardiology Associates, filed Claim No. 15, Trustee's Claim No. 38, on January 4, 2018.

8. Claims No. 11, 12, 13, 14, and 15 are purportedly for medical debts incurred postpetition.

9. Claims No. 11, 12, 13, 14, and 15 were filed after the deadline to file claims and no modification was filed proposing to pay these postpetition debts.

10. Claims No. 11, 12, 13, 14, and 15 should all be disallowed as they were not timely filed and are not provided for in the debtor's confirmed plan.

WHEREFORE, the debtor prays that the Court enter an order disallowing RMC of America's Claims No. 11, 12, 13, 14, and 15 and awarding the debtor all other appropriate relief.

        RESPECTFULLY SUBMITTED,
        DICKERSON LAW FIRM, P.A.
        PO BOX 6400
        HOT SPRINGS, AR 71902-6400
        (870) 540-0016

        */s/ Ben D. Perry*
        Ben D. Perry, Bar No. 2012-248

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby notify that I have served a copy of the foregoing pleading on all the opposing parties to this action by mailing a copy thereof to the following on this March 1, 2018:

Jack W. Gooding, Trustee
PO Box 8202
Little Rock, AR 72202

Pine Bluff Pathologists
c/o RMC of America
PO Box 21030
White Hall, AR 71612

Cardiology Associates
c/o RMC of America
PO Box 21030
White Hall, AR 71612

McKinley James, Sr.
409 Adams
Dumas, AR 71639

                                        */s/ Ben D. Perry*
                                        DICKERSON LAW FIRM, P.A.